**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

    v.

FINANCIAL TREE dba FINANCIAL TREE TRUST, et al.

        Defendants.

Civil Action No. 2:20-cv-01184-TLN-AC

**ORDER GRANTING PLAINTIFF COMMODITY FUTURES TRADING COMMISSION'S MOTION TO UNSEAL CASE**

Pursuant to Local Rule 141(b), Plaintiff Commodity Futures Trading Commission ("Commission") moved this Court for an order temporarily sealing this new civil action on June 15, 2020. The Commission requested that its new civil action be sealed until the earlier of (1) seventy-two (72) hours (excluding weekends) following issuance of the requested ex parte statutory restraining order ("SRO") or (2) when counsel for the Commission informs the Clerk of Court that the seal is no longer necessary. For good cause shown, this Court granted the Commission's motion to temporarily seal the matter on June 17, 2020, and entered the SRO on July 2, 2020. The Commission now asks the Court to unseal the matter because the seal is no longer necessary and the limited duration of time requested for the seal has elapsed.

**THEREFORE**, for good cause shown:

The clerk of Court is directed to unseal the case.

**IT IS SO ORDERED.**

DATED: July 8, 2020

_____
Troy L. Nunley
United States District Judge