UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>FINANCIAL TREE dba FINANCIAL TREE TRUST, et al.,<br><br>  Defendants. | No. 2:20-cv-01184-TLN-AC<br><br>**ORDER** |

Defendants John P. Glenn ("Glenn") and The Law Firm of John Glenn, P.C. (collectively, "Glenn Defendants") have requested from this Court an extension of their current deadline to file a Sworn Statement and Accounting as ordered by this Court in its Order Granting Preliminary Injunction and Other Equitable Relief ("Preliminary Injunction") (ECF No. 33 at 19–20). (ECF No. 60.)

Based upon this submission, and good cause appearing, the Court HEREBY ORDERS as follows:

/ / /

/ / /

/ / /

/ / /

1  The Glenn Defendants' Request for an extension of time is GRANTED.  (ECF No. 60.)  The
2  Glenn Defendants' deadline to file with the Court and serve upon Plaintiff Commodity Futures
3  Trading Commission ("CFTC") a Sworn Statement and Accounting pursuant to this Court's
4  Preliminary Injunction (ECF No. 33) is hereby extended to September 10, 2020.

5  IT IS SO ORDERED.

6  DATED:  August 30, 2020

Troy L. Nunley
United States District Judge