UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | No. 2:20-cv-01184-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| FINANCIAL TREE dba FINANCIAL TREE TRUST; FINANCIAL SOLUTION GROUP dba FINANCIAL SOLUTION GROUP TRUST; NEW MONEY ADVISORS, LLC; THE LAW FIRM OF JOHN GLENN, P.C.; JOHN D. BLACK aka JOHN BARNES; CHRISTOPHER MANCUSO; JOSEPH TUFO; and JOHN P. GLENN, | |
| Defendants; | |
| SUISSE GROUP (USA) LLC; JMC INDUSTRIES LLC; LANDES CAPITAL MANAGEMENT, LLC; KINGDOM TRUST LLC; HERBERT CASWELL; ANNE MANCUSO; and TYLER MANCUSO, | |
| Relief Defendants. | |

///

///

///

1

Presently before the Court is Defendants John P. Glenn ("Glenn") and The Law Firm of John Glenn, P.C.'s (collectively, the "Glenn Defendants") Notice of Inadvertent Disclosure of Privacy Concerns and Ex Parte Application for an Order Redacting Such Inadvertently Disclosed Information.  (ECF No. 89.)

Pursuant to the provisions set forth under Local Rule 140 (Fed. R. Civ. P. 39) regarding privacy concerns and redaction and based upon the representations contained in the Glenn Defendants' *ex parte* application, the Glenn Defendants' request that the documents submitted with their September 10, 2020 Initial Response to the Request for an Accounting (ECF No. 71-2) be replaced with the documents attached to their application and labeled Exhibit "A" (ECF No. 89 at 3–86), is GRANTED.

IT IS SO ORDERED.

DATED:  October 8, 2020

Troy L. Nunley
United States District Judge