UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | No. 2:20-cv-01184 TLN AC |
| Plaintiff, | |
| v. | **ORDER** |
| FINANCIAL TREE dba FINANCIAL TREE TRUST, et al., | |
| Defendants. | |

Plaintiff, proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 4, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 129.) Neither party has filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be

---

[1] The Court notes that on February 7, 2022, non-parties Michael J. Jacobs and Ruby Handler Jacobs submitted a "response" to the findings and recommendations. (ECF No. 131.) The Court has reviewed their filing. However, as the Magistrate Judge stated, their "statements as non-parties do not alter the outcome" of this action. (ECF No. 129 at 35.) Moreover, the Court previously explained that Michael Jacobs may not represent Kingdom in this matter. (*See* ECF No. 48.)

1

supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed January 4, 2022, are adopted in full;

    2. Plaintiff's November 4, 2021, motion for default judgment, (ECF No. 126) is GRANTED;

    3. The Court enters judgement in Plaintiff's favor and orders relief described in the January 4, 2022, Findings and Recommendations; and

    4. This case is closed

DATED: March 9, 2022

*[signature]*

Troy L. Nunley
United States District Judge