# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**COMMODITY FUTURES TRADING COMMISSION,**

v.

**FINANCIAL TREE, ET AL.,**

JUDGMENT IN A CIVIL CASE

CASE NO: **2:20−CV−01184−TLN−AC**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/10/2022**

**Keith Holland**
Clerk of Court

ENTERED: **March 10, 2022**

by: /s/ H. Huang
Deputy Clerk